1  David A. Rosenfeld (058163)
   WEINBERG, ROGER & ROSENFELD
2  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
3  Alameda, California 94501-1091
   Telephone 510.337.1001
4  Fax 510.337.1023

5

   Attorneys for Plaintiff
6  East Bay Automotive Machinists

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | East Bay Automotive Machinists Lodge No.        ) Case No. C05-2741 MMC
   | 1546, Machinists Automotive Trades District    )
12 | Lodge 190,                                      )
   |                                                 ) **STIPULATION AND [PROPOSED]**
13 |                 Plaintiff,                      ) **ORDER TO CONTINUE CASE**
   |                                                 ) **MANAGEMENT CONFERENCE AND**
14 |         v.                                      ) **SETTING DATE FOR CROSS-**
   |                                                 ) **MOTIONS**
15 | NATIONAL LABOR RELATIONS BOARD,                 )
   |                                                 )
16 |                 Defendant.                      )
   |                                                 )
17 |                                                 )
   |_____)
18

19        This is a matter involving the Freedom of Information Act.  The parties agree that this

20 matter will be heard on cross-motions for summary judgment.  The Defendant will prepare a

21 <u>Vaughn</u> index and submit that with its motion for summary judgment.  The Plaintiff will respond

22 with a cross-motion for summary judgment.

23        The parties hereby request that the Court vacate the case management conference and allow

24 the parties to set cross-motions for summary judgment on December 16, 2005.

25 ///

26 ///

27 ///

28 ///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1  Dated: October 25, 2005

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____//S//_____
    DAVID A. ROSENFELD
    Attorneys for Plaintiff
    East Bay Automotive Machinists

Dated: October 28, 2005

NATIONAL LABOR RELATIONS BOARD

By: _____//S//_____
    DENISE F. MEINERS
    Attorneys for Defendant
    National Labor Relations Board

**ORDER**

IT IS SO ORDERED.

Dated: October 28, 2005

_[signature]_
UNITED STATES DISTRICT JUDGE

110358/400319

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -